IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

PATRICIA A. COBB                                                                                   PLAINTIFF

v.                                  CIVIL NO. 03-3070

JO ANNE B. BARNHART, Commissioner
Social Security Administration                                        DEFENDANT

## **J U D G M E N T**

For reasons stated in the memorandum opinion of this date, we hereby affirm the decision of the Commissioner and dismiss plaintiff's case with prejudice. **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

IT IS SO ORDERED AND ADJUDGED this 26th day of August 2005.

                                                              /s/ Beverly Stites Jones
                                                              HON. BEVERLY STITES JONES
                                                              UNITED STATES MAGISTRATE JUDGE